UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2019 DEC -3 P 12: 21

STEPHEN C. DRIES
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 19-CR-_____ **19-CR-220** |
| PETER S. AWONOHOPAY, | [18 U.S.C. §§ 2243(a) and 1153(a), 2247(a), and 2260A] |
| Defendant. | **Green Bay Division** |

## INDICTMENT

## COUNT ONE

### THE GRAND JURY CHARGES THAT:

1.      Between approximately July 4, 2018, and August 15, 2018, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

**PETER S. AWONOHOPAY,**

being a Native American Indian, did knowingly engage in a sexual act with another person, Minor Female A (DOB xx-xx-2006), who had attained the age of 12 years but had not attained the age of 16 years, and was at least four years younger than the defendant.

2.      More specifically, the defendant caused Minor Female A to engage in a sexual act.

3.      At the time of the offense, the defendant had been convicted of a prior sex offense, to wit: 2 counts of Sexual Abuse of a Minor in violation of Title 18, United States Code, Sections 2243(a) and 1153(a), in the Eastern District of Wisconsin case number 05-CR-284.

4.     At the time of the offense, the defendant was a person who was required by Federal or other law to register as a sex offender.

All in violation of Title 18, United States Code, Sections 2243(a) and 1153(a), 2247(a), and 2260A.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

1.  Between approximately November 1, 2018, and approximately December 1, 2018, in the State and Eastern District of Wisconsin, and within the exterior boundaries of the Menominee Indian Reservation,

### PETER S. AWONOHOPAY,

being a Native American Indian, did knowingly engage in a sexual act with another person, Minor Female A (DOB xx-xx-2006), who had attained the age of 12 years but had not attained the age of 16 years, and was at least four years younger than the defendant.

2.  More specifically, the defendant caused Minor Female A to engage in a sexual act.

3.  At the time of the offense, the defendant had been convicted of a prior sex offense, to wit: 2 counts of Sexual Abuse of a Minor in violation of Title 18, United States Code, Sections 2243(a) and 1153(a), in the Eastern District of Wisconsin case number 05-CR-284.

4.  At the time of the offense, the defendant was a person who was required by Federal or other law to register as a sex offender.

All in violation of Title 18, United States Code, Sections 2243(a) and 1153(a), 2247(a), and 2260A.

A TRUE BILL:

████████████████████

FOREPERSON
Dated: 12-3-19

MATTHEW D. KRUEGER
United States Attorney

3